Submitted May 4, reversed June 20, 2012

In the Matter of M. K.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

M. K.,
*Appellant.*

Multnomah County Circuit Court
110869554; A149614

280 P3d 1064

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Rebecca M. Johansen, Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

**PER CURIAM**

Appellant was committed as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant argues that the record does not establish by clear and convincing evidence that she is unable to meet her own basic needs because of a mental disorder. *See* ORS 426.005(1)(e). The state concedes that the evidence is legally insufficient to support an order of involuntary commitment. We agree, accept the state's concession, and reverse.

Reversed.